# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Robert Evan Butcher**<br>DOB: 1989; United States Citizen<br>**William Ken Huebbe**<br>DOB: 1984; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**15-05631MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 8, 2015, at or near Three Points, in the District of Arizona, **Robert Evan Butcher** and **William Ken Huebbe,** knowing and in reckless disregard of the fact that illegal aliens, Efrain Renteria-Zermeno and Javier Espinosa-Burgos had come to, entered or remained in the United States in violation of law did combine and conspire to transport or move said aliens within the United States by means of transportation or otherwise and did so for the purpose of commercial advantage and private financial gain and said offense resulted in serious bodily injury, and placed in jeopardy the life of a person, Efrain Renteria-Zermeno, Javier Espinosa-Burgos and K. S., DOB: 1959 and also resulted in the death of a person G. B., DOB: 1934; all in violation of Title 8 United States Code Section 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 8, 2015, at or near Three Points, Arizona, Border Patrol agents (BPA) observed a blue Chevrolet Impala driving southbound on Sierrita Mountain Road. A few minutes later the same vehicle was traveling northbound on Sierrita Mountain Road. Agents pulled out to follow the vehicle and noticed the vehicle had accelerated to a high rate of speed. BPA caught up to the Impala a few minutes later, after it had collided with a white Ford station wagon. BPA tracked and apprehended two subjects fleeing the scene of the accident, later identified as **Robert Evan Butcher** and **William Ken Huebbe.** Two individuals from the white Ford station wagon suffered serious injuries as a result of the collision and were transported to the hospital. G. B., a passenger in the white Ford station wagon, later died as a result of the injuries sustained from the collision.

BPA apprehended two additional subjects at the scene of the accident, later identified as material witnesses Efrain Renteria-Zermeno and Javier Espinosa-Burgos. Both individuals admitted they were not citizens or nationals of the United States and did not possess documents to be in the United States legally. Both stated that they were going to pay a smuggling fee.

**Continued on reverse...**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Efrain Renteria-Zermeno and Javier Espinosa-Burgos

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA DPF _____ for DPF | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>1) See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>January 12, 2015 |

**Continued from front...**

They stated after crossing into the United States from Mexico they were instructed to wait for a blue car which picked them up after several hours of waiting.

They stated that two white males in black hats picked them up and told them to get into the back seat. Both stated they noticed the vehicle accelerated to a high rate of speed and that minutes later they crashed into another vehicle. They further stated that both the driver and passenger got out of the vehicle and fled. Material witness Efrain Renteria-Zermeno identified **Robert Evan Butcher** and **William Ken Huebbe** through photo lineup as being the two men in black hats who picked them up. The material witnesses were also taken to the hospital to received medical treatment.