# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

William Ken Huebbe
*Defendant*

Case No. CR-15-00230-002-TUC-JGZ (JR)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   William Ken Huebbe,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of conditions of Supervised Release imposed by Chief District Judge Jennifer G. Zipps on August 8, 2016.

Date: January 10, 2025

*Issuing officer's signature*

City and state: Tucson, Arizona

Selina Coronado, Deputy Clerk
*Printed name and title*

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 1/10/25, and the person was arrested on *(date)* 2/3/25
at *(city and state)* Tucson, AZ.

Date: 2/3/25

Subject arrested by USMS
and initialed on 2/5/25
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA: C. Creta, PO, USM