## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**William Ken Huebbe**<br><br>USM#: 40228-408 | No. CR-15-00230-002-TUC-JGZ (JR)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**<br><br>Laura Elizabeth Udall (CJA)<br>Attorney for Defendant |

On 8/8/2016 the defendant, present with counsel, appeared for sentencing for violating, Title 8, U.S.C. §§1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv), Transportation of an Illegal Alien for Profit Wherein the Alien's Life was Placed in Jeopardy and During Which Death Resulted, Class A Felony offense, as charged in Count 3 of the Indictment.

The defendant was sentenced to a term of ONE HUNDRED THIRTY-TWO (132) MONTHS imprisonment and upon release, FIVE (5) YEARS of supervised release to follow.

On 1/10/2025 the United States Probation Office filed a petition to revoke the term of supervised release.

On 3/14/2025 the defendant appeared with counsel and admitted allegation A as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 8/8/2016 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS** and upon release, **THIRTY-SIX (36) MONTHS** of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

### SPECIAL CONDITIONS

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

Case 4:15-cr-00230-JGZ-JR   Document 161   Filed 04/16/25   Page 2 of 2

CR-15-00230-002-TUC-JGZ (JR)                                               Page 2 of 2
USA vs. William Ken Huebbe

2)  You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3)  You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

4)  You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

5)  You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

6)  You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You shall contribute to programming costs in an amount determined by the probation officer.

7)  You must not use or possess alcohol or alcoholic beverages.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Tuesday, April 15, 2025**

Dated this 16th day of April, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge