# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>William Ken Huebbe,<br><br>　　　　　Defendant. | No. CR-15-00230-002-TUC-JGZ (JR)<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐　　　any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒　　　any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

8)　　You must participate in a mental health assessment and participate in outpatient mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental

health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

_____   8-7-25
William Ken Huebbe            Date
Defendant

_____   8/7/2025
Dennis D. Vroegh, Jr.         Date
U.S. Probation Officer

ORDER OF COURT

Considered and ordered this 11th day of August, 2025 and ordered filed and made a part of the records in the above case.

_____
The Honorable Jennifer G. Zipps
Chief U.S. District Judge

- 2 -